FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN ALVAREZ, d/b/a Martin's Grower Solutions; and SCOTTSDALE INSURANCE COMPANY, as subrogee,<br><br>Plaintiffs,<br><br>v.<br><br>JR SIMPLOT COMPANY, d/b/a Simplot Grower Solutions,<br><br>Defendant. | NO: 4:18-CV-5194-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice, ECF No. 13.  Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation of Dismissal with Prejudice, **ECF No. 13**, is

    **APPROVED**.

2. Plaintiffs' Complaint is dismissed with prejudice and without fees or costs

    to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** June 20, 2019.

                                      *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                                  United States District Judge