AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MARTIN ALVAREZ, d/b/a Martin's Grower Solutions; and SCOTTSDALE INSURANCE COMPANY, as subrogee,
*Plaintiff*

v.

JR SIMPLOT COMPANY, d/b/a SIMPLOT GROWER SOLUTIONS,
*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2019

SEAN F. McAVOY, CLERK

Civil Action No. 4:18-CV-5194-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulation of Dismissal With Prejudice (ECF No. 13) is APPROVED. Plaintiffs' Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Stipulation of Dismissal With Prejudice (ECF No. 13).

Date: June 20, 2019

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb